

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East
Brooklyn, New York 11201

August 19, 2015

<u>By ECF</u>

The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Adis Medunjanin
           <u>Criminal Docket No 10-19 (S-4) (JG)</u>

Dear Judge Gleeson:

      The government respectfully submits this letter in response to the motion filed by H2H films for access to an audio recording of Saajid Badat's deposition testimony in the above-captioned matter. The government does not oppose this request and will make a copy of the audio recording available to H2H through our press office.

      Respectfully submitted,

      KELLY T. CURRIE
      Acting United States Attorney

By:         /s/           
      James P. Loonam
      Assistant U.S. Attorney
      (718) 254-7520